BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8979
    Facsimile:  (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN JAMES CONNORS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br><br>    Defendant. | CIVIL NO. 2:12-CV-01762-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER AND FILE CERTIFIED ADMINISTRATIVE RECORD**<br><br>**[~~PROPOSED~~] ORDER** |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, to extend the time by 30 days, from June 24, 2013 to July 24, 2013, for Defendant to file the Answer and Certified Administrative Record and serve both on Plaintiff.  This is Defendant's first extension request.  Defendant needs the additional time to produce the electronic Certified Administrative Record which will be utilized by both parties in this case.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: June 19, 2013                BENJAMIN B. WAGNER
                                    United States Attorney

                                    DONNA L. CALVERT
                                    Acting Regional Chief Counsel, Region IX
                                    Social Security Administration

                                    /s/ *Ben A. Porter*
                                    Ben A. Porter
                                    Special Assistant U.S. Attorney

Dated: June 19, 2013                /s/ *Joshua Tyler Smith*
                                    (As authorized via telephone)
                                    Joshua Tyler Smith
                                    Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated:  June 20, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE