1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    BEN A. PORTER, WSBN 14195
4   Special Assistant United States Attorney
            Social Security Administration
5           160 Spear Street, Suite 800
            San Francisco, California 94105
6           Telephone:  (415) 977-8979
            Facsimile:  (415) 744-0134
7           E-Mail: Ben.Porter@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12

13  BRIAN JAMES CONNORS,          )
                                  )        CIVIL NO. 2:12-CV-01762-EFB
14        Plaintiff,              )
                                  )        **STIPULATION FOR EXTENSION OF**
15        v.                      )        **TIME TO ANSWER AND FILE**
                                  )        **CERTIFIED ADMINISTRATIVE**
16  CAROLYN W. COLVIN,            )        **RECORD**
    Acting Commissioner of        )
17  Social Security,[1]           )        **[~~PROPOSED~~] ORDER**
                                  )
18        Defendant.              )
    _____ )

19          THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the

20   approval of the Court, to extend the time by 30 days, from June 24, 2013 to July 24, 2013, for Defendant

21   to file the Answer and Certified Administrative Record and serve both on Plaintiff.  This is Defendant's

22   first extension request.  Defendant needs the additional time to produce the electronic Certified

23   Administrative Record which will be utilized by both parties in this case.

24

25          [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on
26   February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure,
     Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this
27   suit. No further action need be taken to continue this suit by reason of the last sentence of
28   section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

2                                                Respectfully submitted,

3   Dated: June 19, 2013                          BENJAMIN B. WAGNER
                                                  United States Attorney
4
                                                  DONNA L. CALVERT
5                                                 Acting Regional Chief Counsel, Region IX
                                                  Social Security Administration
6
                                                  /s/ *Ben A. Porter*
7                                                 Ben A. Porter
                                                  Special Assistant U.S. Attorney
8
9   Dated: June 19, 2013                          /s/ *Joshua Tyler Smith*
                                                  (As authorized via telephone)
10                                                Joshua Tyler Smith
                                                  Attorney for Plaintiff
11

12

13                                               **ORDER**

14  **IT IS SO ORDERED.**

15  Dated:  June 20, 2013.

16

17                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                           2