JOSHUA TYLER SMITH
SBN #275188
600 William Street, #221
Oakland, California 94612
(509) 499-1072
jtsmith509@gmail.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN JAMES CONNORS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> the Social Security Administration ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CIVIL NO. 2:12-cv-01762-EFB <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGEMENT OR REMAND** <br><br> **[PROPOSED] ORDER** |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, to extend the time by 45 days, from September 7, 2013 to October 22, 2013, for Plaintiff to file a Motion for Summary Judgment or Remand and serve on Defendant. This is Plaintiff's first extension request. Plaintiff is currently in negotiations with Defendant regarding a possible settlement of this matter, and needs further time to complete a potential settlement agreement. Settlement in this case would serve the causes of equity and judicial efficiency.

/////

/////

/////

- 1 -

|   |   |
|---|---|
|   | Respectfully submitted |
| DATED: September 25, 2013 | JOSHUA TYLER SMITH<br>Attorney for the Plaintiff |
|   | */s/ Joshua T. Smith*<br>JOSHUA TYLER SMITH<br>Attorney for the Plaintiff |
| DATED: September 24, 2013 | */s/ Ben A. Porter*<br>Ben A. Porter<br>(As authorized via e-mail correspondence)<br>Special Assistant U.S. Attorney |

**ORDER**

**IT IS SO ORDERED:**

Dated:  September 25, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE