JOSHUA TYLER SMITH
SBN #275188
600 William Street, #221
Oakland, California 94612
(509) 499-1072
jtsmith509@gmail.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN JAMES CONNORS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> the Social Security Administration ) <br> Defendant. ) <br> ) <br> _____) | CIVIL NO. 2:12-cv-01762-EFB <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGEMENT OR REMAND and [PROPOSED] ORDER** |

     THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, to extend the time by 30 days, from November 21, 2013 to December 20, 2013, for Plaintiff to file a Motion for Summary Judgment or Remand and serve on Defendant. This is Plaintiff's third extension request. Plaintiff and Defendant have reached a tentative settlement agreement that the parties hope will resolve this litigation. Counsel for the Defendant is currently reviewing the settlement agreement through proper channels. Counsel for the Plaintiff is currently identifying which documents need to be provided to Plaintiff in an accessible format. Settlement in this case would serve the causes of equity and judicial efficiency.

- 1 -

Respectfully submitted

DATED: November 21, 2013                    JOSHUA TYLER SMITH
                                            Attorney for the Plaintiff

                                            */s/ Joshua T. Smith*
                                            JOSHUA TYLER SMITH
                                            Attorney for the Plaintiff

DATED: November 20, 2013                    */s/ Ben A. Porter*
                                            Ben A. Porter
                                            (As authorized via e-mail
                                            correspondence)
                                            Special Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: November 21, 2013.         _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE

- 2 -