UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BRIAN JAMES CONNORS,

    Plaintiff,

        v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No. 2:12-cv-01762-EFB

[~~PROPOSED~~] ODER OF REMAND

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk is directed to enter judgment for plaintiff.

DATED:  December 12, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE