BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WSBN 14195
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN JAMES CONNORS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL NO. 2:12-CV-01762-EFB <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ATTORNEY FEES** <br><br> [~~PROPOSED~~] ORDER |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and with the approval of the Court, to extend to April 11, 20~~13~~ 14 the time for Defendant to file a response to Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act. The parties are attempting to reach settlement on Plaintiff's motion, and Defendant needs the additional time to pursue agreement by all parties concerned.

Respectfully submitted,

Dated: March 12, 2014

BENJAMIN B. WAGNER
United States Attorney

DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Ben A. Porter*
Ben A. Porter
Special Assistant U.S. Attorney

Dated: March 12, 2014

/s/ *Joshua Tyler Smith*
(As authorized via telephone)
Joshua Tyler Smith
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED:**

Dated:  March 31 2014

_____

THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge