BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT IL. Bar No. 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8979
     Facsimile: (415) 744-0134
     E-Mail: Ben.Porter@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN JAMES CONNORS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:12-cv-01762-EFB<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND PROPOSED ORDER** |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TWELVE THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($12,500.00).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), WL 2346547 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.   After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees to be made directly to JOSHUA SMITH, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.  This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees connection with this action.

Date:  April 8, 2014                    JOSHUA SMITH, Attorney at Law
                                        GRACE A. GALLIGHER,

                                        Attorney at Law

                                        By:   */s/  Joshua Smith*
                                        *By email authorization on April  7, 2014*
                                        Attorney(s) for Plaintiff

1
2
3          Date:  April 8, 2014                          BENJAMIN B. WAGNER
                                                         United States Attorney
4
5                                                        DONNA L. CALVERT
                                                         Acting Regional Chief Counsel, Region IX
6                                                        Social Security Administration
7
                                                By:      /s/  Ben A. Porter
8                                                        BEN A. PORTER
9                                                        Special Assistant United States Attorney
                                                         Attorneys for Defendant
10
11
12                                                       ORDER
13         IT IS SO ORDERED.
14
           Dated: April 10, 2014.
15
16                                                       EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28